THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 4, 2017



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Cassandra F. Garner<br><br>      Debtor. | Chapter: 13<br><br>Case No. 16-30847-beh |

**ORDER PURSUANT TO HEARING UPON MOTION OF DITECH FINANCIAL LLC FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

Pursuant to the motion of Ditech Financial LLC for an order for relief from the automatic stay and abandonment with respect to the property located at 4051 N 40th St, Milwaukee, WI 53216-1601, this matter was heard on July 25, 2017, the movant appearing through its counsel, Gray & Associates, L.L.P., by Jay Pitner, and the debtor appearing through Miller & Miller Law, LLC, by Angela M. Soltis, and Robert W. Stack appearing on behalf of the Chapter 13 trustee and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion is denied subject to the following terms of this order.

IT IS FURTHER ORDERED that the movant may file a supplemental claim for the post-petition arrearage which exists through the end of July 2017 in the amount of $4,079.76.

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

The arrearage is itemized as follows:

| | | |
|---|---|---:|
| | 12/1/16 through 7/1/17 | $4,079.76 |
| | 8 mortgage payments @ $509.97 | |
| | Attorney Fees and Costs | 0.00 |
| | TOTAL ARREARAGE | $4,079.76 |

IT IS FURTHER ORDERED that commencing in August 2017 and continuing through and including January 2018, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

IT IS FURTHER ORDERED that commencing in February 2018, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $509.97 and payments shall be made to the movant at Ditech Financial LLC f/k/a Green Tree Servicing, LLC, P.O. Box 0049   Palatine, IL 60055-0049.

IT IS FURTHER ORDERED that abandonment of the bankruptcy estate's interest in the property shall be effective when the automatic stay no longer applies to the movant and its interest in the property.

#####