UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Cassandra F. Garner<br><br>    Debtor. | Chapter: 13<br><br>Case No. 16-30847-beh |

**ORDER GRANTING DITECH FINANCIAL LLC
RELIEF FROM THE AUTOMATIC STAY**

Upon the affidavit of Phyllis Johnson and,

It appearing that the debtor(s) defaulted under the terms of the order dated August 04, 2017.

    IT IS THEREFORE ORDERED: the stay of 11 U.S.C. §362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

    IT IS FURTHER ORDERED: the Movant's Proof of Claim numbers 3 and 6 are withdrawn.

    IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

                                             #####

<u>Drafted by:</u>

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com